UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. [Court #] |
| ANTHONY JOSEPH JAMES KIRBY | 1:23-mj-00001-JCN |

## COMPLAINT

The undersigned complainant, being duly sworn, states:

### COUNT ONE
### (Interference with Flight Crew or Attendant)

That on or about January 2, 2023, in the district of Maine and elsewhere, on an

aircraft in the special aircraft jurisdiction of the United States, namely a flight from

Cancun, Mexico to Manchester, England while traveling in United States airspace

between the Jacksonville, Florida area and the Bangor, Maine area, defendant

### ANTHONY JOSEPH JAMES KIRBY

did knowingly interfere with the duties of a flight crew member or flight attendant of the

aircraft and lessen the ability of the flight crew or attendant to perform those duties by

intimidating a flight crew member or flight attendant; in violation of Title 49, United

States Code, Section 46504.

### COUNT TWO
### (Assault)

That on or about January 2, 2023, while aboard an aircraft within the special

aircraft jurisdiction of the United States, defendant

### ANTHONY JOSEPH JAMES KIRBY

did commit assault, in violation of Title 18, United States Code, Section 113(a)(4) and

Title 49, United States Code, Section 46506(1).

This Complaint is based on the attached affidavit, which is incorporated herein by reference.

Dated: January 3, 2023

Erika Jensen
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me
This 3rd day of January, 2023.

JOHN C. NIVISION
United States Magistrate Judge