## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Erika Jensen, being first duly sworn, hereby deposes and states as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2004. The FBI has jurisdiction over offenses that occur in the special aircraft jurisdiction of the United States.

2. I write this affidavit in support of complaints against Anthony Joseph James Kirby and Damien Jake Murphy alleging a violation Title 49, United States Code, Section 46504 and Title 18, United States Code, Section 113(a)(4). I have obtained the information contained in this affidavit from my own investigation and from my discussions with and review of investigative reports and documents prepared by other FBI Special Agents and members of the U.S. Air Marshals and the Bangor Police Department.

## STATEMENT OF PROBABLE CAUSE

4. At approximately 9:58 p.m. (EST) on January 2, 2023, the FBI received word that TUI Airways flight TOM193 from Cancun, Mexico to Manchester, England reported three passengers were non-compliant and were assaulting flight attendants and that the captain of the flight had decided to divert the flight to Bangor International Airport ("BIA"). I proceeded to BIA to investigate further and was joined by other FBI Special Agents and members of the U.S. Air Marshals and Bangor Police Department. Upon arrival, I learned that there were approximately 328 passengers and ten crew on board and that three passengers, including Kirby and Murphy, had already been removed from the aircraft by local police and border

officers.

5. I learned the following from speaking with FBI Special Agent Alex White, who was told the following in substance by a flight attendant (FA1):

- A. FA1 was a flight attendant on the TOM 193 which departed Cancun, Mexico at approximately 1700 (Cancun Local) on January 2, 2023 Enroute to Manchester, United Kingdom.

- B. FA1 became aware of three subjects who were previously disruptive on a connecting flight. These subject were identified as Anthony Joseph James Kirby (Kirby), Damien Jake Murphy (Murphy) and a third man traveling with the two.

- C. During the flight the three men were loud and disruptive. While the aircraft was over Florida, Kirby and Murphy and the third man made racist comments to the crew and passengers while filming their interactions with the crew and the other passengers with their cameras. The behavior caused the flight crew to change seats.

- D. FA1 recalled that throughout the flight, the captain made multiple announcements over the Public Address system asking for the subjects to comply with the flight crew or the flight would be diverted. The flight crew refused to serve the three men any alcoholic beverages. One of the subjects retrieved a bottle of liquor from his bag and the subjects began to drink this.

- E. FA1 asked the head flight attendant to assist in de-escalating the subject's behavior. FA1 witnessed the subject in Seat 29D, later identified as Murphy, push the head flight attendant. The push did not cause her to fall or injure her, however it was enough to move her from the position she was standing in. It was at this time the flight was diverted to land in Bangor, Maine.

- F. Upon landing, FA1 witnessed the subject in 29E, later identified as Kirby, attack the male passenger in seat 26E. The attack was unprovoked and involved multiple strikes. FA1 did not see any physical injury to the passenger, but he reported a ringing in his ear. FA1 told other flight crew that she needed the police to deal with Kirby and Murphy, as she was saying this the police officers were aboard.

6. I learned the following from speaking with FBI Special Agent Alex White, who was told the following in substance by a second flight attendant (FA2):

- A. FA2 knew several of the passengers were being disruptive which caused the

    plane to divert to Bangor, Maine.

 B. Upon landing, FA2 witnessed the passenger described as bald male, later identified as Damien Murphy attempt to retrieve his luggage from the overhead compartment. Murphy was told by FA2 to return to his seat.

 C. FA2 observed the passenger with a black t-shirt and dark hair, later identified as Kirby begin swearing at another passenger. FA2 witnessed Kirby slap the other passenger.

7. I learned the following from speaking with FBI Special Agent Jose Rodriguez-Aguilar, who was told the following in substance by the lead flight attendant (LFA):

 A. The flight boarded at Cancun International Airport at approximately 6:24 pm EST. LFA noticed that three male passengers were already slightly intoxicated boarding the plane. LFA advised the males that they would not be served alcohol on the flight.

 B. LFA noticed during the flight that the three males were starting to get loud, aggressive with their comments and rowdy. LFA noticed that the three males were verbalizing racial slurs and comments towards an African American passenger that was on board the flight. The flight crew was in the process of serving beverages to the passengers when the three males became louder, cursing and demanding to be served drinks. The flight crew explained to them that they would not be served.

 C. LFA reported Murphy grabbed her by her elbow and physically shoved her backwards while telling her "Get the fuck out of the way."

 D. LFA and the flight crew observed that the three males somehow obtained a large bottle (approximately 1.0 Liter to 1.5 Liter in size) of gin. The three males were seen by flight crew and other passengers sharing the bottle of gin amongst themselves.

 E. LFA observed that the behavior of the three males worsened as time went on. When the plane was approximately flying near New York City, LFA relayed to the captain of the plane that an emergency landing was needed. At this point LFA observed that the passenger cabin erupted in chaos with the three males inciting the other passengers to engage in heated arguments, cursing, threatening language, and many of the passengers out of their seats in each other's faces. LFA thought that they were close to losing control of the passengers onboard the flight.

    F.     Upon deciding to land the plane, it descended to Bangor International Airport for an emergency landing. When the plane landed passengers continued to argue in an aggressive manner. LFA observed that Kirby started to physically fight another passenger. Kirby was seen by LFA and other passengers hit the passenger in the face with his hand.

    G.     LFA recalled the three males at various times recording with their own phones.

8.     I interviewed the Captain of TUI Airways TOM193 (Captain) who reported the following to me in substance:

    A.     Captain stated that they had a growing problem throughout the flight. He was notified by his cabin manager about rowdy and obnoxious passengers. This issue was going on while over Jacksonville, Florida, airspace, but the crew was trying to manage the passengers. The crew tried several de-escalation techniques without success.

    B.     About thirty minutes prior to diverting to Bangor, Captain made several announcements over the PA system in an attempt to get the passengers to settle down. The crew was terrified and one of the passenger's wife and child were terrified.

    C.     The flight path was about to take them out over the Atlantic Ocean and Captain was concerned that there would be no options to land the plane. While flying in airspace under the control of the Boston air traffic tower, Captain made the decision to divert to Bangor for the safety of the passengers and the crew. They did not dump fuel but TUI will incur costs such as charges for landing at Bangor International Airport.

9.     In addition, responding officers and agents interviewed multiple passengers who reported that Kirby, Murphy and the third man were loud, abusive and aggressive towards the flight attendants and passengers throughout the flight. The men directed racial slurs towards passengers and flight attendants. Passengers also observed Kirby strike another passenger and Murphy push a flight attendant, as indicated above. No one reported the third man assaulting anyone on the flight. Passengers explained that the men were drunk and were drinking a bottle of alcohol

that they refused to surrender to the flight attendants. Two of the passenger witnesses observed the men recording their conduct on their phones.

10. I, Erika Jensen, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information and belief, and that I make this oath under pains and penalties of perjury.

Dated: January 3, 2023

_____
Erika Jensen
Special Agent
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me
This 3rd day of January, 2023.

_____
JOHN C. NIVISION
United States Magistrate Judge